DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-448-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~PROPOSED~~] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| VERNON WILLIAMSON, | ) | |
| | ) | Date:  April 30, 2012 |
| Defendant. | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference hearing date of April 2, 2012 be vacated, and the matter be set for status conference on April 30, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 30, 2012 pursuant to 18 U.S.C.

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
2  T4 based upon continuity of counsel and defense preparation.

3
   DATED:  March 28, 2012.                    Respectfully submitted,
4
                                              DANIEL J. BRODERICK
5                                             Federal Public Defender

6

7                                             /s/ Matthew Scoble
                                              MATTHEW SCOBLE
8                                             Designated Counsel for Service
                                              Attorney for VERNON WILLIAMSON
9

10 DATED:  March 28, 2012.                    BENJAMIN WAGNER
                                              United States Attorney
11

12
                                              /s/ Matthew Scoble for
13                                            TODD LERAS
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

15

16

17                             ORDER

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19 ordered that the April 2, 2012, status conference hearing be continued

20 to April 30, 2012, at 9:30 a.m.  Based on the representation of defense

21 counsel and good cause appearing there from, the Court hereby finds

22 that the failure to grant a continuance in this case would deny defense

23 counsel reasonable time necessary for effective preparation, taking

24 into account the exercise of due diligence.  The Court finds that the

25 ends of justice to be served by granting a continuance outweigh the

26 best interests of the public and the defendant in a speedy trial.  It

27 is ordered that time up to and including the April 30, 2012 status

28 conference shall be excluded from computation of time within which the

                                  2

trial of this matter must be commenced under the Speedy Trial Act
pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
to allow defense counsel reasonable time to prepare.

Dated:  March 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE