JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-448-WBS |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| VERNON WILLIAMSON, ) | |
| ) | Date: June 3, 2013 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for VERNON WILLIAMSON, that the status conference hearing date of May 6, 2013 be vacated, and the matter be set for status conference on June 3, 2013 at 9:30 a.m.

The reason for this continuance is to allow all parties to confer with the Bureau of Prisons and ascertain the status of Mr. Williamson and his Court ordered competency evaluation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 3, 2013 pursuant to 18 U.S.C.

§3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 3, 2013.                    Respectfully submitted,

                                       JOSEPH SCHLESINGER
                                       Acting Federal Public Defender


                                       /s/ Matthew Scoble
                                       MATTHEW SCOBLE
                                       Designated Counsel for Service
                                       Attorney for VERNON WILLIAMSON


DATED: May 3, 2013.                    BENJAMIN WAGNER
                                       United States Attorney


                                       /s/ Matthew Scoble for
                                       TODD LERAS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 6, 2013, status conference hearing be continued to June 3, 2013, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 3, 2013 status conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE