```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2918
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  Case No. S-11-448 WBS
                                )
12              Plaintiff,      )
          v.                    )  STIPULATION AND [PROPOSED] ORDER
13                              )  TO CONTINUE STATUS CONFERENCE
    VERNON LEE WILLIAMSON,      )
14                              )  Date: August 26, 2013
                Defendant.      )  Time: 9:30 a.m.
15                              )  Court: Hon. William B. Shubb
                                )
16
17
18      This matter is currently set for a Status Conference on August
19  19, 2013. For the reasons set forth below, the parties are
20  requesting a continuance of the Status Conference to August 26,
21  2013.
22      The purpose of the August 19th Status Conference is to provide
23  the Court and the parties with a report regarding Defendant's
24  current mental capacity. Following a hearing pursuant to 18 U.S.C.
25  § 4241(d) on December 3, 2012, the Court found by a preponderance of
26  the evidence that Defendant was suffering from a disease or defect
27  rendering him mentally incompetent to assist properly in his
28  defense. The Court thereafter committed Defendant to the care and
```

1

custody of the Attorney General for hospitalization and treatment. Defendant is currently placed at the Butner Federal Medical Center (FMC) in Butner, North Carolina.

Following an inquiry to the staff at Butner FMC, the parties received an e-mail from Clinical Psychologist Adeirde Stribling Riley, Ph.D., indicating that a written report addressing Mr. Williamson's current mental health status had been submitted for review. A time frame for approval and release of the written report appeared to be imminent as of August 16, 2013. The parties anticipate that a brief continuance should allow for review of the written report and scheduling of future court dates in light of the information in it.

The parties request that the Court find that there is excusable delay for bringing the matter to trial under the Speedy Trial Act because the delay results from defendant being mentally incompetent to stand trial as specified in 18 U.S.C. § 3161(h)(4) (period of mental incompetence to stand trial) and Local Code N.

Assistant Federal Defender Matthew Scoble agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf following a review of its contents and representations.

DATED: August 16, 2013          By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: August 16, 2013          By: /s/ Todd D. Leras for
                                    MATTHEW SCOBLE
                                    Attorney for Defendant
                                    VERNON WILLIAMSON

2

|   | **ORDER** |
|---|---|
| 1 | |
| 2 | Based on the stipulation and representation of the parties, the |
| 3 | Status Conference as to Defendant's Mental Capacity is continued to |
| 4 | August 26, 2013, at 9:30 a.m. Time under the Speedy Trial Act is |
| 5 | excluded from the period of August 19, 2013, up to and including |
| 6 | August 26, 2013, under 18 U.S.C. § 3161(h)(4) and Local Code N. |
| 7 | IT IS SO ORDERED. |
| 8 | DATED: August 16, 2013 |

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1