IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERNON LEE WILLIAMSON,<br><br>Defendant. | CASE NO. 2:11-CR-448 WBS<br><br>ORDER |

The court finds nothing in the government's Request to Seal or its Memorandum of Points and Authorities which would merit an order to file those documents under seal. Accordingly, the government's motion to file its Request to Seal or its Memorandum of Points and Authorities under seal is DENIED. Those documents shall be filed unsealed.

IT IS SO ORDERED.

Dated: November 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE