IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VERNON LEE WILLIAMSON,<br><br>Defendant. | Case No. 2:11-cr-448 WBS<br><br>ORDER TO SEAL DOCUMENTS<br><br>Judge: Hon. William B. Shubb |

Having reviewed defendant's request to seal certain documents, the court finds that defense expert's Preliminary Report contains detailed personal, medical, and psychiatric information about the defendant that is not for public record. The court also finds that Exhibits B, C, and D to Defendant's Memorandum Regarding Sell Hearing contain similar information, but finds nothing in the Memorandum itself or Exhibit A that merit filing under seal.

IT IS THEREFORE ORDERED that defendant's motion to file the report of Dr. C. Robert Cloninger and Exhibits B, C, and D to Defendant's Memorandum Regarding Sell Hearing under seal pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1)be, and the same hereby is GRANTED, provided that Assistant U. S. Attorney Heiko P. Coppola, and any other representative of the United States Attorney's Office working on this case, shall have access to these documents. In all other respects, defendant's request to seal is DENIED.

1    IT IS SO ORDERED.

2    Dated:  November 12, 2013

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE