HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
VERNON WILLIAMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00448 WBS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FINDING DEFENDANT INCOMPETENT & NOT RESTORABLE; |
| vs. | ORDER TO CONDUCT RISK ASSESSMENT |
| VERNON WILLIAMSON, | |
| Defendant. | Judge: Hon. William B. Shubb |

After consideration of the Forensic Evaluation by the Mental Health Department at Butner, and after hearing the parties, and considering their stipulation, the Court finds under 18 U.S.C. § 4241 that Mr. Williamson is suffering from a mental disease or defect rendering him mentally incompetent to the extent that his is unable to understand the nature and consequences of the proceedings filed against him, that he is unable to assist properly in his own defense, and that there does not exist a substantial probability that his competency will be restored in the foreseeable future.

The Court therefore ORDERS the Mental Health Department and Butner, Federal Medical Center, to perform a risk assessment of Mr. Williamson, pursuant to Title 18, U.S.C., Section § 4246.

//

//

1 IT IS SO ORDERED.

Dated: November 26, 2013

WILLIAM B. SHUBB
United States District Judge